**Order entered September 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01136-CV

### IN RE KEVIN RIEDLE, Relator

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-10-00493**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus.  We **ORDER** that relator bear the costs of this original proceeding.


/s/    DOUGLAS S. LANG
       JUSTICE